IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. MILTON HAGGINS,<br>          Petitioner,<br><br>     v.<br><br>MS. LAUREL HARRY, Superintendent,<br>THE ATTORNEY GENERAL OF THE<br>STATE OF \_\_\_\_\_, and<br>DISTRICT ATTORNEY OF<br>PHILADELPHIA,<br>          Respondents. | CIVIL ACTION<br><br><br><br><br>NO.  13-3027 |

## O R D E R

**AND NOW**, this 5th day of June, 2014, upon consideration of *pro se* Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, filed by *pro se* petitioner, Mr. Milton Haggins, the record in this case, and the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated May 2, 2014, no objections to the Report and Recommendation having been filed, **IT IS ORDERED** as follows:

1.     The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated May 2, 2014, is **APPROVED AND ADOPTED**;

2.     The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, filed by *pro se* petitioner, Mr. Milton Haggins, is **DENIED AND DISMISSED** without an evidentiary hearing; and,

3.     A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:
/s/ Hon. Jan E. DuBois

_____
          DuBOIS, JAN E., J.